United States District Court

Eastern District of California

United States of America,

       Plaintiff,          No.  05-171 PAN

  vs.                    Detention Order

Althea Rinette Gonzalez,

       Defendant.

-oOo-

A. <u>Order For Detention</u>

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement Of Reasons For The Detention</u>

    The Court orders the defendant's detention because it finds:

  __x__    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  __x__    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

the safety of any other person and the community.

C.    Findings Of Fact

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

  __x__    (1)  Nature and Circumstances of the offense charged.

    __x__    (a) The crime. <u>Distribution of methamphetamine.</u>

    _____    (b) The offense is a crime of violence.

    _____    (c) The offense involves a narcotic.

    __x__    (d) The offense involves a large amount of controlled substances.

  __x__    (2) The weight of the evidence against the defendant is high.

  _____    (3) The history and characteristics of the defendant including:

    _____ (a) General Factors:

      _____    The defendant appears to have a mental condition which may affect whether the defendant will appear.

      _____    The defendant has no family ties in the area.

      __x__    The defendant has no steady employment.

      __x__    The defendant has no substantial financial resources.

      _____    The defendant is not a long time resident of the community.

      _____    The defendant does not have any significant community ties.

      __x__    Past conduct of the defendant: <u>her parents provide support for her two children.</u>

   __x__  The defendant has a history relating to drug abuse.

   __x__  The defendant has a significant prior criminal record.

   __x__  The defendant has a prior record of failure to appear at court proceedings.

 (b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

   _____  Probation.

   _____  Parole.

   _____  Release pending trial, sentence, appeal or completion of sentence.

 (c) Other Factors

   _____  The defendant is an illegal alien and is subject to deportation.

   _____  The defendant is a legal alien and will be subject to deportation if convicted.

   __x__  Other: <u>Grandmother unwilling to assist defendant obtain release; refused to answer questions about drug use; also has gambling problem for which her parents say she needs help.</u>

__x__ (4) <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

   _____ (a) (1) The crime charged is one described in § 3142(f)(1)

     _____ (A) a crime of violence; or

     _____ (B) an offense for which the maximum penalty is life imprisonment or

3

```
 1                                        death; or

 2                         ____    (C) a controlled substance violation
                                   that has a maximum penalty of ten
 3                                 years or more; or

 4                         ____    (D) a felony and defendant
                                   previously was convicted of two or
 5                                 more of the offenses described in
                                   (A) through (C) above and
 6
                            (2)    Defendant previously has been convicted
 7                                 of one of the crimes listed in
                                   subparagraph (1)(A)-(C), above and
 8
                            (3)    The offense referred to in subparagraph
 9                                 (2) was committed while defendant was on
                                   release pending trial and
10
                            (4)    Not more than five years has elapsed
11                                 since the date of conviction or release
                                   from imprisonment for the offense
12                                 referred to in subparagraph (2).

13             x           (b)    There is probable cause to believe that
                                   defendant committed an offense for which
14                                 a maximum term of imprisonment of ten
                                   years or more is prescribed
15
                    x              in the Controlled Substances Act, 21
16                                 U.S.C. §§ 801, et seq.,

17                  ____           the Controlled Substances Act , 21 U.S.C.
                                   §§ 951, et seq.,
18
                    ____           the Maritime Drug Law Enforcement Act, 46
19                                 U.S.C. App. §§ 1901, et seq., or

20                  ____           an offense under 18 U.S.C. §§ 924(c),
                                   956(a), or 2332b.
21
                    ____           an offense under 18 U.S.C. §§ 1201, 1591,
22                                 2241, 2242, 2244(a)(1), 2245, 2251,
                                   2251A, 2252(a)(1), 2252(a)(2),
23                                 2252(a)(3), 2252A(a)(1), 2252A(a)(2),
                                   2252A(a)(3), 2252A(a)(4), 2260, 2421,
24                                 2422, 2423 or 2425.

25  D.    Additional Directives

26
```

4

1  Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

2

3  The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

4

5  The defendant be afforded reasonable opportunity for private consultation with his counsel; and

6

7  That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

8

9

10  Dated: June 16, 2005.

11

12                                   /s/ Peter A. Nowinski
                                     Peter A. Nowinski
13                                   Magistrate Judge